**Order entered February 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01749-CV

### IN RE: PENDRAGON TRANSPORTATION LLC, Relator

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-13-01313-L**

## ORDER

Before Justices Moseley, Fillmore, and Brown

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED IN PART** and **DENIED IN PART**. The Court **ORDERS** the trial judge, the Honorable Carl Ginsberg, Judge of the 193rd Judicial District Court, to **VACATE** that portion of its June 12, 2013 order requiring Pendragon Transportation LLC to pay for the special master's fees "as they are incurred (payable in the form of retainers in an amount of no less than $1,000.00, at least 3 days in advance before each deposition), subject to reallocation at a later date, depending on, *inter alia*, who is the prevailing party in the suit." In all other respects, the petition for writ of mandamus is **DENIED**.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within twenty (20) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relator pay its own costs of this original proceeding.


/s/      ADA BROWN
           JUSTICE